IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED

05 APR 20 PM 4 4

ROBERT R. DI TROLIO
CLERK, U.S. DISTRICT
W.D. OF TN, MEMPHIS

JAMES HENDERSON, )
 )
    Plaintiff, )
 )
v. ) No. 04-2065 Ml/An
 )
OFFICER COHEN, et al., )
 )
    Defendants. )
 )

ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered in this case on March 15, 2005 by United States Magistrate Judge S. Thomas Anderson. In accordance with the deadlines established in that order, trial and pretrial dates are set as follows before the District Court:

1. A non-jury trial is set to begin <u>Monday, January 30, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2. A pretrial conference is set for <u>Monday, January 23, 2006 at 9:00 a.m.</u>

3. The joint pretrial order is due by no later than 4:30 p.m. on <u>January 16, 2006</u>.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-21-05

(14)

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this 19 day of April, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



## Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-02065 was distributed by fax, mail, or direct printing on April 21, 2005 to the parties listed.

---

James Henderson
SCJ-MEMPHIS
3112396
201 Poplar Ave.
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT