FILED BY AD D.C.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

05 MAY 31 PM 5:33

ROBERT R. DI TROLIO
CLERK U.S. DIST. CT.
W.D. OF TN. MEMPHIS

---

**JAMES HENDERSON,**            **JUDGMENT IN A CIVIL CASE**

    **Plaintiff,**

v.

**OFFICER COHEN, et al.,**      **CASE NO: 04-2065 M1/An**

    **Defendants.**

---

### JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal and Order Certifying Appeal Not Taken in Good Faith entered May 31, 2005, this case is DISMISSED.

APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

May 31, 2005
DATE

ROBERT R. DI TROLIO
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-2-05

18

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:04-CV-02065 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

James Henderson
SCJ-MEMPHIS
3112396
201 Poplar Ave.
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT